# ALABAMA COURT OF CRIMINAL APPEALS



December 5, 2025

**CR-2025-0185**
Richard D. Kennedy v. State of Alabama (Appeal from Mobile Circuit Court: CC-97-958)

## <u>NOTICE</u>

You are hereby notified that on December 5, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk